UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                    Plaintiff,       :
                                     :
vs.                                  :
                                     :   08-CV-4052
JAMES J. TREACY and ANTHONY BONICA,  :
                                     :
                    Defendants.      :
                                     :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jennifer C. Loach, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am over 21 years of age and am employed as a branch chief in the New York Regional Office of plaintiff Securities and Exchange Commission ("Commission").

2. On April 30, 2008, I caused true copies of the Summons and Complaint in this action to be sent by facsimile and Federal Express to the following party:

> Sandra Cavazos, Esq.
> Steptoe & Johnson LLP
> 750 Seventh Avenue
> New York, NY 10019
> Facsimile: 212-506-3950
>
> Attorney for defendant James Treacy

3. Ms. Cavazos informed the staff of the Commission on April 28, 2008 that she was authorized by defendant Treacy to accept service of the Summons and Complaint.

I declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing statements by me are true and correct.

Dated: May 6, 2008
      New York, New York

*(signature)*
JENNIFER C. LOACH (JL-3953)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022
Tel: 212-336-0127

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities and Exchange Commission

08 CIV 4052

**SUMMONS IN A CIVIL ACTION**

V.

James J. Treacy and Anthony Bonica

CASE NUMBER:

TO: (Name and address of Defendant)

James J. Treacy
76 Concord Avenue
Glen Rock, NJ 07650

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Stoelting, Esq.
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 3 0 2008

CLERK                                                                DATE

(By) DEPUTY CLERK