UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                      Plaintiff,  :
:
vs.  :
:   08-CV-4052
JAMES J. TREACY and ANTHONY BONICA,  :
:
                      Defendants.  :
:
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jennifer C. Loach, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I am over 21 years of age and am employed as a branch chief in the New York Regional Office of plaintiff Securities and Exchange Commission ("Commission").

2.     On April 30, 2008, I caused true copies of the Summons and Complaint in this action to be sent by facsimile and Federal Express to the following party:

        Paul Shechtman, Esq.
        Stillman, Friedman & Shechtman, P.C.
        425 Park Avenue
        New York, NY 10019
        Facsimile: 212-223-1942

        Attorney for defendant Anthony Bonica

3.     Mr. Shechtman informed the staff of the Commission on April 29, 2008 that he was authorized by defendant Bonica to accept service of the Summons and Complaint.

I declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing statements by me are true and correct.

Dated: May 6, 2008
New York, New York

*[signature: Jennifer C Loach]*
JENNIFER C. LOACH (JL-3953)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022
Tel: 212-336-0127

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Securities and Exchange Commission

V.

James J. Treacy and Anthony Bonica

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

> Anthony Bonica
> 65 Pacific Street
> Massapequa Park, NY 11762

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> David Stoelting, Esq.
> Securities and Exchange Commission
> New York Regional Office
> 3 World Financial Center
> New York, NY 10281

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 30 2008