_Sullivan, J_

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        - against -

JAMES J. TREACY and ANTHONY BONICA,

                Defendants.

08-CIV-4052 (RJS)

STIPULATION
AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Securities and Exchange Commission and Defendant James Treacy, through their undersigned

counsel, that Defendant Treacy's time to answer, move or otherwise respond to the Complaint is

hereby extended until June 10, 2008.

New York, New York
May 19, 2008

By: _Jennifer C Loach_              Date: _May 19, 2008_
    Jennifer Loach
    3 World Financial Center, Suite 400
    New York, New York 10281

    Counsel for Plaintiff
    Securities and Exchange Commission

By: _____              Date: _May 19, 2008_
    Evan T. Barr, Esq.
    Steptoe & Johnson, LLP
    750 Seventh Avenue
    17th Floor
    New York, New York 10019

    Counsel for Defendant James Treacy

SO ORDERED
Dated: 5/20/08

RICHARD J. SULLIVAN
U.S.D.J.