USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :   08 Civ. 4052 (RJS)
                                     :
            Plaintiff,               :   **STIPULATION AND ORDER**
                                     :
    - against -                      :
                                     :
JAMES J. TREACY AND ANTHONY BONICA,  :
                                     :
            Defendants.              :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Securities and Exchange Commission, plaintiff, and Anthony Bonica, defendant, that the time for defendant Anthony Bonica to answer, move or otherwise respond to the Complaint shall be adjourned to June 23, 2008.

Dated: New York, New York
       May 23, 2008

                                SECURITIES & EXCHANGE COMMISSION

                                By: _____
                                    David Stoelting
                                Attorney for Plaintiff
                                3 World Financial Center
                                New York, NY 10281
                                (212) 336-0174


                                STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                                By: _____
                                    Paul Shechtman
                                Attorneys for Defendant
                                425 Park Avenue
                                New York, NY 10022
                                (212) 223-0200

SO ORDERED
Dated: 5/28/08

_____
RICHARD J. SULLIVAN
U.S.D.J.