USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

             Plaintiff,

- against -

JAMES J. TREACY and ANTHONY BONICA,

             Defendants.

---

08-CIV-4052 (RJS)

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Securities and Exchange Commission and Defendant James Treacy, through their undersigned counsel, that Defendant Treacy's time to answer, move or otherwise respond to the Complaint is hereby extended to and including July 8, 2008.

New York, New York
June 9, 2008

By: _Jennifer C. Loach_          Date: June 9, 2008
Jennifer Loach
3 World Financial Center, Suite 400
New York, New York 10281

Counsel for Plaintiff
Securities and Exchange Commission

By: _____          Date: June 9, 2008
Evan T. Barr, Esq.
Steptoe & Johnson, LLP
750 Seventh Avenue
17th Floor
New York, New York 10019

Counsel for Defendant James Treacy

6/10/08