UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
                                                                        :
                            Plaintiff,                              :
                                                                        :        08 CV 4052 (RJS)(JCF)
          vs.                                                      :
                                                                        :        **NOTICE OF APPEARANCE**
JAMES J. TREACY and ANTHONY BONICA,  :
                                                                        :
                            Defendants.                         :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Evan T. Barr, Esq. of Steptoe & Johnson LLP, 750 Seventh Avenue, New York, New York 10019, hereby enters appearance, as counsel for Defendant James J. Treacy in the above-captioned matter.

Dated: New York, New York
       July 3, 2008

STEPTOE & JOHNSON LLP

By: s/ Evan T. Barr
Evan T. Barr
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:    212-506-3900
Facsimile:    212-506-3950
Email: ebarr@steptoe.com

*Attorneys for Defendant
 James J. Treacy*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on July 3, 2008, a true and correct copy of the annexed Notice of Appearance of Evan T. Barr.

/s Kimberlyn Brzozowski

David Stoelting, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281

   *Attorney for Plaintiff*

Paul Schechtman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

   *Attorneys for Defendant*
   *Anthony Bonica*