UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                Plaintiff,            :
                                      :    08 CV 4052 (RJS)(JCF)
        vs.                           :
                                      :    **NOTICE OF APPEARANCE**
JAMES J. TREACY and ANTHONY BONICA,   :
                                      :
                Defendants.           :
----------------------------------------X

**PLEASE TAKE NOTICE** that Sandra E. Cavazos, Esq. of Steptoe & Johnson LLP, 750 Seventh Avenue, New York, New York 10019, hereby enters appearance, as counsel for Defendant James J. Treacy in the above-captioned matter.

Dated: New York, New York
       July 3, 2008

STEPTOE & JOHNSON LLP

By: s/ Sandra E. Cavazos
Sandra E. Cavazos
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:    212-506-3900
Facsimile:    212-506-3950
Email: scavazos@steptoe.com

*Attorneys for Defendant
 James J. Treacy*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on July 3, 2008, a true and correct copy of the annexed Notice of Appearance of Sandra E. Cavazos.

/s Kimberlyn Brzozowski

David Stoelting, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281

*Attorney for Plaintiff*

Paul Schechtman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

*Attorneys for Defendant*
*Anthony Bonica*