UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
              Plaintiff,             :    08 CV 4052 (RJS)(JCF)
                                     :
     vs.                             :
                                     :    **NOTICE OF MOTION**
JAMES J. TREACY and ANTHONY BONICA,  :
                                     :
              Defendant.             :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law and all prior pleadings and proceedings herein, Defendant James J. Treacy, by his counsel, Steptoe & Johnson LLP, will move this Court before the Honorable Richard J. Sullivan, at the United States Courthouse, 500 Pearl Street, New York, New York on a date and time to be set by the Court for an order staying the present civil proceedings pending resolution of a parallel criminal proceeding.

                                          Respectfully submitted,

Dated:  New York, New York                STEPTOE & JOHNSON LLP
        July 8, 2008

                                          By: s/ Evan T. Barr
                                              Evan T. Barr
                                              Sandra E. Cavazos
                                              750 Seventh Avenue
                                              New York, New York 10019
                                              (212) 506-3900

                                              *Attorneys for Defendant*
                                               *James J. Treacy*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and Federal Express on July 8, 2008, a true and correct copy of the annexed Notice of Motion to Stay Proceedings, Pending Resolution of Parallel Criminal Proceeding.

/s Kimberlyn Brzozowski

David Stoelting, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281

*Attorneys for Plaintiff*

Paul Schechtman, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

*Attorneys for Defendant*
*Anthony Bonica*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JAMES J. TREACY and ANTHONY BONICA,

    Defendants.

------------------------------------------------------X

08 CV 4052 (RJS)(JCF)

**[PROPOSED] ORDER**

Defendant James J. Treacy, having filed a Motion to Stay Proceedings Pending Resolution of Parallel Criminal Proceeding, together with a Memorandum of Law in support thereof, and this Court having considered any opposition and reply memoranda filed in connection therewith, it is hereby:

**ORDERED** that Defendant's Motion to Stay Proceedings Pending Resolution of Parallel Criminal Proceeding is **GRANTED**.

**SO ORDERED**.

DATED:    New York, New York

    _____, 2008

_____
RICHARD J. SULLIVAN
United States District Judge