UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-v-

JAMES J. TREACY, ANTHONY BONICA,

        Defendants.

No. 08 Civ. 4052 (RJS)
ORDER

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/4/08]

RICHARD J. SULLIVAN, District Judge:

    By letter dated July 9, 2008, defendant James Treacy requests a pre-motion conference in anticipation of filing a motion to stay the above-entitled action pending resolution of a parallel criminal proceeding against Treacy.

    IT IS HEREBY ORDERED that counsel for all parties shall appear for a pre-motion conference regarding Treacy's proposed motion on ___July 25, 2008 @ 9:30 AM___ in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

    IT IS FURTHER ORDERED that, within three days of the date of this Order, plaintiff shall submit a letter, not to exceed three pages, setting forth its position as to Treacy's proposed motion.

    IT IS FURTHER ORDERED that the motion to stay previously filed by Treacy on July 8, 2008 is hereby DENIED based on Treacy's failure to comply with Rule 2.A of my Individual Practices. The denial is without prejudice to Treacy re-filing the motion subsequent to the pre-motion conference. The Clerk of the Court shall terminate the motion docketed as document number 10.

SO ORDERED.

Dated:    New York, New York
          July 9, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE