AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 08-cv-4052

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anthony Bonica

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/29/2008 | *[signature]* |
| Date | Signature |
| | Paul Shechtman / PS8952 |
| | Print Name / Bar Number |
| | Stillman, Friedman & Shechtman, P.C., 425 Park Ave. |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 223-0200 / (212) 223-1942 |
| | Phone Number / Fax Number |