AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:  08-cv-4052

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anthony Bonica

I certify that I am admitted to practice in this court.

| 7/29/2008 | | |
|---|---|---|
| Date | Signature | |
| | Daniel V. Shapiro | DS7677 |
| | Print Name | Bar Number |
| | Stillman, Friedman & Shechtman, P.C., 425 Park Ave. | |
| | Address | |
| New York | NY | 10022 |
| City | State | Zip Code |
| (212) 223-0200 | (212) 223-1942 | |
| Phone Number | Fax Number | |