UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10
```

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

JAMES J. TREACY and ANTHONY BONICA,

Defendants.

No. 08 Civ. 4052 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On April 6, 2010, the Court received a letter from Plaintiff, advising the Court that Plaintiff and Defendant Bonica had reached an agreement to settle this matter and stating that the parties would soon submit a proposed judgment for the Court's approval.

The Court is now in receipt of a substantially identical letter dated April 29, 2010. The parties are of course under no obligation to settle, and they may take as long as they like to complete to settlement process. Until such time as this case is settled, however, all deadlines imposed by the Case Management Plan entered February 22, 2010, remain in place.

Dated:   New York, New York
         April 30, 2010

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE